**JARROW FORMULAS, INC.,**
**Plaintiff–Appellant,**

v.

**NOW HEALTH GROUP, INC.,**
**doing business as Now Foods,**
**Defendant–Cross Appellant.**

**Soft Gel Technologies, Inc., Plaintiff/Counterclaim Defendant–**
**Cross Appellant,**

v.

**Jarrow Formulas, Inc.,**
**Defendant/Counterclaimant–Appellant.**

**Nos. 2014–1020, 2014–1033, 2014–1039.**

United States Court of Appeals,
Federal Circuit.

Oct. 8, 2014.

Mark D. Giarratana and Thomas J. Rechen, McCarter & English, LLP, of Hartford, CT, argued for Jarrow Formulas, Inc. With them on the brief were Eric E. Grondahl and Charles D. Ray.

Sri K. Sankaran, Winthrop & Weinstine, P.A., of Minneapolis, MN, argued for cross appellants, Soft Gel Technologies, Inc. With him on the brief for Soft Gel was Devan V. Padmanabhan. On the brief for Now Health Group, Inc., were R. David Donoghue and Steven E. Jedlinski, Holland & Knight LLP, of Chicago, IL.

WALLACH, CHEN, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.**[1] *See* **Fed. Cir. R. 36.**

---

1. Accordingly, the Motion to Strike filed by Jarrow Formulas, Inc. (ECF No. 57) is DE-NIED as moot.